IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES AND
PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to:

Julie Halatek and Robert James Halatek
Case No. 1:15-cv-00595

_____

## **STIPULATED DISMISSAL WITH PREJUDICE**

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil

Procedure 41(a)(1)(A)(ii) that Plaintiffs' claims against all Defendants shall be dismissed with

prejudice.  Each party shall bear its own fees and costs.

Dated:  January 29, 2025

*/s/ Carrie R. Capouellez*
Carrie R. Capouellez, Esq.
Lopez McHugh LLP
214 Flynn Ave.
Moorestown, NJ  08056
Telephone:  (856) 273-8500
Facsimile:  (856) 273-8502
Email: ccapouellez@lopezmchugh.com

*/s/ Jessica Benson Cox*
Jessica Benson Cox, Esq.
Faegre Drinker Biddle & Reath LLP
300 North Meridian Street, Suite 2500
Indianapolis, IN  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
Email: jessica.cox@faegredrinker.com

***Attorney for Plaintiffs***

***Attorney for Defendants***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 29th day of January, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.


*/s/ Carrie R. Capouellez*
Carrie R. Capouellez