IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Julie Halatek and Robert James Halatek
Case No. 1:15-cv-00595

> ACKNOWLEDGED. Case is dismissed with prejudice.
>
> _/s/ Richard L. Young_
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana
>
> Date: 2/12/2025

## STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that Plaintiffs' claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: January 29, 2025

| | |
|---|---|
| */s/ Carrie R. Capouellez* | */s/ Jessica Benson Cox* |
| Carrie R. Capouellez, Esq. | Jessica Benson Cox, Esq. |
| Lopez McHugh LLP | Faegre Drinker Biddle & Reath LLP |
| 214 Flynn Ave. | 300 North Meridian Street, Suite 2500 |
| Moorestown, NJ  08056 | Indianapolis, IN  46204 |
| Telephone:  (856) 273-8500 | Telephone:  (317) 237-0300 |
| Facsimile:  (856) 273-8502 | Facsimile:   (317) 237-1000 |
| Email: ccapouellez@lopezmchugh.com | Email: jessica.cox@faegredrinker.com |
| **Attorney for Plaintiffs** | **Attorney for Defendants** |